

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 17, 2015

Mary B. Hennessy
LAW OFFICE OF MARY HENNESSY
P. O. Box 2536
Brenham, TX 77834
* DELIVERED VIA E-MAIL *

Douglas Howell, III
Assistant District Attorney
300 East 26th Street, Suite 310
Bryan, TX 77803
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-13-00353-CR, 07-14-00423-CR, 07-14-00424-CR
         Trial Court Case Number: 11-02991-CRF-361
**Style:** Terry Fielder v. The State of Texas

Dear Counsel:

    Pursuant to TEX. R. APP. P. 39.1, the above styled and numbered causes will be submitted without oral argument on Tuesday, April 7, 2015.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK